UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH MLECZKO,

     Plaintiff,

v.                               CASE NO.:  8:23-cv-1189

MUTZ MOTORS LP d/b/a
LAKELAND AUTO MALL,

     Defendant.

_____/

<u>MEDIATION REPORT</u>

     In accordance with the Court's mediation order(s), a mediation conference was held on February 5, 2024 and the results of that conference are indicated below:

     (a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

     __X_           All individual parties and their respective trial counsel.

     _X__           Designated corporate representatives.

     __X__         Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

MEDIATION REPORT                           Page 1

(c)    The outcome of the mediation conference was:

 X       The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____    The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:
_____
_____
_____
_____
_____

___      The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation reports will be filed after additional conferences are complete.

___      The parties have reached an impasse.


Done this 14th day of February, 2024, in Clearwater, Florida

                                        /S/Charles N. Castagna, Esq.
                                        Signature of Mediator
                                        Charles N. Castagna, Esq.
                                        P.O. Box 990
                                        Clearwater, Florida 33757-0990
                                        (727) 754-2089

cc:    Counsel of Record and
        Unrepresented Parties

_____