UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH MLECZKO,

    Plaintiff,

v.                                         Case No: 8:23-cv-1189-WFJ-JSS

MUTZ MOTORS LIMITED
PARTNERSHIP,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Mediation Report (Dkt. 23)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2024.

                                           s/*William F. Jung*
                                           **WILLIAM F. JUNG**
                                           **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record